

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-15-00271-CV

**ESTATE OF JOHNNIE MAE KING**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2001-PC-1263
Kelly Cross, Judge Presiding

## O R D E R

Appellant filed a notice of appeal on April 16, 2015. The clerk's and reporter's records have been filed. Appellant's brief is currently past due, it was due July 20, 2015. On July 10, 2015, appellant filed a motion entitled "Motion to Abate or Dismiss Without Prejudice." In the motion, appellant first states he is seeking an abatement of the appeal based on his contention that "the Probate Court entered an erroneously dated order of dismissal on March 31, 2015, and has not yet ruled on motions and intervening circumstances that call upon it to formally declare whether or not it has jurisdiction . . . and whether or not the original order was final or merely interlocutory." Appellant then goes on to state that if we should determine the order is interlocutory, he would prefer a dismissal without prejudice. It appears the bases set out in appellant's motion for either abatement or dismissal concern the substance of his appeal. Accordingly, we DENY appellant's motion as filed.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court